dered October 27, 1925, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Leo H. Klugherz, Leonard A. Snitkin* and *Jacob Lasker* for appellant.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN GARGUILA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 4, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered December 10, 1925, upon a verdict convicting defendant of the crime of murder in the first degree.

*Abraham Wilson* and *Edward M. Bernstein* for appellant.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

RALPH G. ALBRECHT, as Ancillary Administrator of the Estate of MAURICE C. MANSFIELD, Respondent, *v.* THE ROBERT DOLLAR COMPANY, Appellant, Impleaded with Others.

*Contract — services — action to recover share of earnings of a syndicate which plaintiff's intestate had been instrumental in forming and in the work of which he had assisted.*

*Albrecht* v. *Dollar Co.,* 216 App. Div. 701, affirmed.

(Argued June 4, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered March 16, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to recover intestate's share in certain funds collected by defendant as assignee of the interests of a syndicate formed for the purpose of entering into a contract with the Russian government for the manufacture and deliverance of shrapnel shells. For organizing and assisting in the work of the syndicate, it had been specified that intestate was to receive the sum of five cents per shell.

*Frederic E. Mygatt, Roger B. Siddall* and *John M. Woolsey* for appellant.

*Amos J. Peaslee* and *A. Lewis Spitzer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.

---

In the Matter of the Application of the CITY OF NEW YORK, Respondent.

NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants; TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondent. (East 238th Street Crossing.)

*Railroads* — *New York city* — *carry street across tracks.*

*Matter of City of New York (East 238th St.),* 215 App. Div. 152, affirmed.

(Argued June 4, 1926; decided July 9, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1926, which unanimously affirmed a determination of the Transit Commission directing that East Two Hundred and Thirty-eighth street in the borough of The Bronx, city of New York, be carried accross the Bronx River valley upon a viaduct in accordance with plans and specifications previously approved and that appellant railroad companies construct so much of said bridge as was above their respective